Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
DANIEL EDWARD ZANDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EDWARD ZANDER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:26-cv-00779-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER**<br><br>**(Doc. 11)** |

On January 29, 2026, Plaintiff Daniel Edward Zander filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability benefits under Title XVI of the Social Security Act. (ECF Doc. 1) The Defendant was served with the Complaint on January 30, 2026. (ECF Doc. 4) On March 30, 2026, the Defendant responded to the Complaint by lodging a certified copy of the administrative record. (ECF Doc. 10) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is due on or before April 30, 2026. (ECF Doc. 5 at p. 2:16-17)

Plaintiff requests an extension of thirty (30) days to file his motion. This is Plaintiff's first

STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER

request for extension. Plaintiff's counsel seeks the extension as counsel has multiple conflicting filing deadlines in other Social Security disability appeals on the same day. As Plaintiff's counsel was not involved at the administrative level, close review and consideration of the administrative record is required to effectively advocate for Plaintiff. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. A thirty (30) day extension is requested so as not to interfere with current existing deadlines in other Social Security disability appeals before the Court. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: April 24, 2026                NEWEL LAW

By:    *Melissa Newel*
       Melissa Newel
       Attorney for Plaintiff
       DANIEL EDWARD ZANDER

Dated: April 24, 2026                ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7

By:    *Erin A. Jurrens**
       ERIN A. JURRENS
       Special Assistant United States Attorney
       Attorney for Defendant
       (**authorized by email dated 4/23/2026*)

STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER

**ORDER**

Good cause having been shown (Fed. R. Civ. P. 16(b)(4)), the Stipulation and Unopposed Motion (Doc. 11) is GRANTED and IT IS ORDERED that Plaintiff is granted an extension of time of thirty (30) days to file his Opening Brief.  The Opening Brief shall be filed on or before **May 29, 2026**, and all deadlines in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 27, 2026**                              /s/ *Sheila K. Oberto*

                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER